UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

UNITED STATES OF AMERICA

v.

JOHN O'BRIEN

Case No. 3:05-cr-294-J-25MCR

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on May 31, 2006. On August 17, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, Roland Falcon, Esquire and the government was represented by Don Pashayan, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission to Allegations One and Two of the Petition, the Court finds that defendant has violated the terms of supervised release as set forth in Allegations One and Two of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of six (6) months.

3. The defendant is remanded to the custody of the United States Marshal.

**DONE AND ORDERED** at Jacksonville, Florida, this 21 day of August, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services